374 A.2d 719

Hegarty, et al., Appellants, v. Hall.

Argued March 22, 1977. Michael J. Stack, Jr., with him Stephen G. Pollock, for appellants; Alan Dion, with him David Durben, for appellee.

Judgment affirmed.